**Fill in this information to identify the case:**

Debtor name: R+B Receivables Management

United States Bankruptcy Court for the: Northern District of IL
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | Nelnet Guarantor PO Box 2970 Omaha NE 68103 | Nelnet Guarantor PO Box 2970 Omaha NE 68103 | | | | | $342,000.00 |
| 2 | OSFA FL Dept. of Education 325 W. Gaines Street Tallahassee, FL 32399 | OSFA FL Dept of Education 325 W. Gaines Street Tallahassee FL | | | | | $351,900.00 |
| 3 | Holland & Knight LLP 50 N. Laura Street Jacksonville FL 32202 | Holland & Knight LLP 50 N. Laura Street Jacksonville FL 32202 | | | | | $18,006.23 |
| 4 | Much Shelist PC 8477 Solution Ctr. Chicago IL 60677 | Much Shelist PC 8477 Solution Ctr Chicago IL 60677 | | | | | $15,032.81 |
| 5 | Eder Casella & Co 5400 W. Elm Street McHenry IL 60050 | Eder Casella & Co 5400 W. Elm Street McHenry IL 60050 | | | | | $4933.69 |
| 6 | Emdeon 3055 Lebanon Pike Nashville TN 37214 | Emdeon 3055 Lebanon Pike Nashville TN 37214 | | | | | $11893.41 |
| 7 | Fidelity Investment PO Box 73307 Chicago IL 60673 | Fidelity Investments PO Box 73307 Chicago IL 60673 | | | | | $3625.00 |
| 8 | Canon Business 15004 Collection Center Chicago IL 60693 | Canon Business 15004 Collection Center Chicago IL 60693 | | | | | $4172.60 |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 1

Debtor: R+B Receivables Management

Case number (if known): _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Neopost PO Box 45800 San Francisco CA 94145 | Neopost PO Box 45800 San Francisco CA 94145 | | | | | $2107.91 |
| 10 | Pitney Bowes PO Box 856390 Louisville KY 40285 | Pitney Bowes PO Box 856390 Louisville KY 40285 | | | | | $2447.65 |
| 11 | First Communication PO Box 78000 Detroit MI 48278 | First Communication PO Box 78000 Detroit MI 48278 | | | | | $2561.25 |
| 12 | Language Line PO Box 202564 Dallas TX 75320 | Language Line PO Box 202564 Dallas TX 75320 | | | | | $787.63 |
| 13 | NRAI PO Box 4349 Carol Stream IL 60197 | NRAI PO Box 4349 Carol Stream IL 60197 | | | | | $5321.20 |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |